UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.

05 342

| | |
|---|---|
| TROPICAL BANANA COMPANY, INC., Plaintiffs | * |
| vs. | * |
| JUAN'S DOMINICAN MARKET, INC. D/B/A DOMINICAN SUPERMARKET, JUAN L. TAVERA, JOSE HERNANDEZ AND MANUEL R. VASQUEZ Defendants | * |

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff, Tropical Banana Co., Inc. hereby moves that Andrew M. Osborne be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. The case involves the following complex area of the law, in which Plaintiff's counsel specializes: Perishable Agricultural Commodities Act.

2. Plaintiff's counsel's long-standing representation of the client Tropical Banana Co., Inc.

3. The local trial bar lacks experience in the field of Perishable Agricultural Commodities Act.

Dated: 8/8/05

Phillip M. Weinstein, Esq.
Attorney For TROPICAL BANANA CO., INC.
LAW OFFICE OF PHILLIP M. WEINSTEIN
1 Providence
Washington Plaza, 5th Floor
Providence, RI 02903

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

1. I am a member in good standing of the bar of the State of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar District of Massachusetts, First Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing theat failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Phillip M. Weinstein, Esq.

______________ 0395

R.I. Bar ID#

LAW OFFICE OF PHILLIP M. WEINSTEIN
1 Providence St.
Washington Plaza, 5th Floor
Providence, RI 02903
401-521-3500
401-331-9267 fax

______________

Andrew M. Osborne, Esq.
OSBORNE & VISCONTI
20 Eastbrook Rd., Suite 304
Dedham, MA 02026
781-326-9766
781-326-4113 fax

---

**Order:** This motion is hereby ______________

______________
U.S. District Judge
Date:______________