AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

TROPICAL BANANA COMPANY, INC.

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

JUAN'S DOMINICAN MARKET, INC. d/b/a
DOMINICAN SUPERMARKET,
JUAN L. TAVERA and
JOSE HERNANDEZ

CA 05 342T

TO: (Name and Address of Defendant)

Glen J. Scioti as registered agent for
Juan's Dominican Supermarket, Inc.
946 Park Avenue
Cranston, RI 02910

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Philip M. Weinstein, Esq.
One Providence Washington Plaza, 5th Floor
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 8/11/05

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 8/18/05 |
|---|---|
| NAME OF SERVER (PRINT) PAUL G HUGHES | TITLE RI CONSTABLE #606 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED REGISTERED AGENT GLEN J SCIOTTI AT 946 PARK AV CRANSTON, RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/18/05 *Date* [signature] *Signature of Server*

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8980
*Address of Server*

FILED
2005 AUG 29 A 11: 35
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[signature] agent (Glen J. Sciotti Esq)

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Rhode Island

Case Number: CA-05-342T

Plaintiff:
**TROPICAL BANANA COMPANY**

vs.

Defendant:
**JUAN'S DOMINICAN MARKET, INC., JUAN L. TAVERA & JOSE HERNANDEZ**

For:
Philip Weinstein
PHILIP M. WIENSTEIN, ESQ
One Providence Washington Plaza
5th Floor
Providence, RI 02903

Received by PHILIP M. WIENSTEIN, ESQ to be served on **JUAN'S DOMINICAN SUPERMARKET, INC.c/o Glen J. Scioti, Esq. 946 ParkAv., Cranston, RI 02910**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **18th day of August, 2005** at 2:05 pm, I:

SERVED the within named corporation by delivering a true copy of the **Summons and Complaint** with the date and hour endorsed thereon by me to GLEN J. SCIOTI, ESQ. as REGISTERED AGENT.

**Description** of Person Served: Age: 44, Sex: M, Race/Skin Color: White, Height: 5'10, Weight: 170, Hair: Brown, Glasses: N

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

[signature]
**Paul G. Hughes**
Rhode Island Constable #40

**PHILIP M. WIENSTEIN, ESQ**
**One Providence Washington Plaza**
**5th Floor**
**Providence, RI 02903**

Our Job Serial Number: 2005004487

Before me on the 18th day of August, 2005 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

[signature]
NOTARY PUBLIC

SHANNON MACLEOD
Notary Public ID # 51846
State of Rhode Island and Providence Plantations
My Commission Expires July 24, 2007

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i