# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Rhode Island

Case Number: CA-05-342T

Plaintiff:
**TROPICAL BANANA COMPANY**

vs.

Defendant:
**JUAN'S DOMINICAN MARKET, INC., JUAN L. TAVERA & JOSE HERNANDEZ**

Received by HUGHES LEGAL SUPPORT to be served on **JUAN L TAVERA, 45 PLEASANT STREET, PROVIDENCE RI 02906**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **19th day of August, 2005** at 11:02 am, I:

DISCONTINUED ATTEMPTING SERVICE of the **Summons and Complaint** for the reason that after careful inquiry and diligent attempts I failed to find the defendant/witness or information to allow further search.

**Additional Information pertaining to this Service:**
8/18/2005 3:15 pm Attempted service at 45 Pleasant St.,.....3 decker house.....Black Female on 1st floor stated JUAN TAVERA does not live there, nor does he own this house........CALVIN BARTLEY is the owner of this house...
8/19/2005 11:02 am RETURNED TO COURT ....NON EST INVENTUS

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Paul G. Hughes
Rhode Island Constable #40

**HUGHES LEGAL SUPPORT**
**P.O. Box 20617**
**Cranston, RI 02920**
**(401) 944-8980**

Our Job Serial Number: 2005004486

Before me on the 19th day of August, 2005 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

SHANNON MACLEOD
Notary Public ID # 51846
State of Rhode Island and Providence Plantations
My Commission Expires July 24, 2007

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i