# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Rhode Island

Case Number: CA-05-342T

Plaintiff:
**TROPICAL BANANA COMPANY**

vs.

Defendant:
**JUAN'S DOMINICAN MARKET, INC., JUAN L. TAVERA & JOSE HERNANDEZ**

For:
Philip Weinstein
PHILIP M. WIENSTEIN, ESQ
One Providence Washington Plaza
5th Floor
Providence, RI 02903

Received by HUGHES LEGAL SUPPORT to be served on **JOSE HERNANDEZ, 27 DONELSON ST, APT 2, PROVIDENCE RI 02908**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **18th day of August, 2005** at 3:40 pm, I:

DISCONTINUED ATTEMPTING SERVICE of the **Summons and Complaint** for the reason that after careful inquiry and diligent attempts I failed to find the defendant/witness or information to allow further search.

**Additional Information pertaining to this Service:**
8/18/2005 6:31 pm Attempted service at 27 Donelson St., Providence, RI 02908......this house is owned by JOSE POLENCO.....a young man at this duplex stated that no JOSE HERNANDEZ lives at 27 Donelson.....the names "JULIA SANTIAGO" and "GARLAREZ " were marked on the mailboxes.....
8/19/2005 11:06 am RETURNED TO COURT ...NON EST INVENTUS

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

[signature]
Paul G. Hughes
Rhode Island Constable #40

HUGHES LEGAL SUPPORT
P.O. Box 20617
Cranston, RI 02920
(401) 944-8980

Our Job Serial Number: 2005004488

Before me on the 19th day of August, 2005 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

[signature]
NOTARY PUBLIC

SHANNON MACLEOD
Notary Public ID # 51846
State of Rhode Island and Providence Plantations
My Commission Expires July 24, 2007

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i