AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF
RHODE ISLAND

TROPICAL BANANA COMPANY, INC.

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 05-342-T

JUAN'S DOMINICAN MARKET, INC.
D/B/A DOMINICAN SUPERMARKET,
JUAN L. TAVERA, JUAN VASQUEZ and
JOSE HERNANDEZ

TO: (Name and Address of Defendant)

JUAN VASQUEZ,
DOMINICAN SUPERMARKET
341 LONSDALE AVENUE
PAWTUCKET, RI 02860

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Philip M. Weinstein, Esq.
One Providence Washington Plaza
5th Floor
Providence, RI 02903
(401) 521-3500

an answer to the complaint which is herewith served upon you, within ______________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: DOMINICAN SUPERMARKET, 341 LONSDALE AVE, PAWTUCKET, R.I. 02860

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.– | $45.– | $50.– |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/24/05
Date

[signature]
Signature of Server

451 PEQUOT AVENUE
WARWICK, R.I. 02889
Address of Server

FILED
2005 NOV -2
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.