UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 05-342-T

| | |
|---|---|
| TROPICAL BANANA COMPANY, INC., | * |
| Plaintiffs | * |
| vs. | * |
| JUAN'S DOMINICAN MARKET, INC. D/B/A DOMINICAN SUPERMARKET, JUAN L. TAVERA, JUAN VASQUEZ AND JOSE HERNANDEZ, | * |
| Defendants | * |

VOLUNTARY DISMISSAL
AS TO JOSE HERNANDES

Now comes the Plaintiff pursuant to F.R.C.P. Rule 41(a)(i) and dismisses the amended complaint as to the Defendant Jose Hernandez only.

TROPICAL BANANA CO., INC.
By Its Attorneys

Philip M. Weinstein
Law Office of Phillip M. Weinstein
1 Providence St.
Washington Plaza, 5th Floor
Providence, RI 02903
R.I. Bar ID#
tel 401-521-3500
fax 401-331-9267
pweinst@aol.com

Andrew M. Osborne
OSBORNE & VISCONTI
20 Eastbrook Road
Dedham, MA 02026
tel. 781-326-9766
fax 781-326-4113
BBO#380455
ozzvis@yahoo.com