STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
*Office of the Secretary of State*
*Matthew A. Brown, Secretary of State*

Amendment

*Corporations Division*
*100 North Main Street*
*Providence, RI 02903-1335*
*401.222.3040*

# PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2005

*Filing Period: January 1 - March 1* • *Filing Fee: $50.00*
*(FORM MUST BE TYPED OR PRINTED IN BLACK)*

| | | | |
|---|---|---|---|
| *1. Corporate ID No.* 116777 | *2. Name of Corporation* JUAN'S DOMINICAN MARKET, INC. | | |
| *3. Street Address Principal Business Office* 341 LONSDALE AVE | *City* Pawtucket | *State* RI | *Zip* 02860 |
| *4. Business Phone No.* (401) 727-0940 | *5. State of Incorporation* RI | | *6. SIC Code* |
| *7. Brief Description of the Character of Business Conducted in Rhode Island* Retail Whole Sale of Food and Other Related Goods. | | | |

**8. NAMES AND ADDRESSES OF THE OFFICERS:** *("X" BOX FOR ATTACHMENT)* ☐ FILL IN SPACES BEFORE USING ATTACHMENTS

| | | | | | |
|---|---|---|---|---|---|
| *President Name* JUAN LUIS TAVERA | | | *Vice President Name* JUAN VASQUEZ | | |
| *Street Address* 27 BROCKTON ST | | | *Street Address* 341 LONSDALE AVE | | |
| *City* PROVIDENCE | *State* RI | *Zip* 02904 | *City* PAWTUCKET | *State* RI | *Zip* 02860 |
| *Secretary Name* | | | *Treasurer Name* | | |
| *Street Address* | | | *Street Address* | | |
| *City* | *State* | *Zip* | *City* | *State* | *Zip* |

**9. NAMES AND ADDRESSES OF THE DIRECTORS:** *("X" BOX FOR ATTACHMENT)* ☐ FILL IN SPACES BEFORE USING ATTACHMENTS

| | | | | | |
|---|---|---|---|---|---|
| *Director Name* JUAN TAVERA | | | *Director Name* JUAN VASQUEZ | | |
| *Street Address* 27 BROCKTON ST | | | *Street Address* 341 LONSDALE AVE - | | |
| *City* PROVIDENCE | *State* RI | *Zip* 02904 | *City* PAWTUCKET | *State* RI | *Zip* 02860 |
| *Director Name* | | | *Director Name* | | |
| *Street Address* | | | *Street Address* | | |
| *City* | *State* | *Zip* | *City* | *State* | *Zip* |

2005 AUG 25 AM 11 03

**10. SHARES AUTHORIZED** *("X" BOX FOR ATTACHMENT)* ☐ **11. SHARES ISSUED** *("X" BOX FOR ATTACHMENT)* ☐

| AUTHORIZED SHARES | | | ISSUED SHARES | | |
|---|---|---|---|---|---|
| *Number of Shares* | *Class/Series* | *Par Value* | *Number of Shares* | *Class/Series* | *Par Value* |
| 100 No Par Value | | | 100 | Common | Non Par Value. |

This report must be signed in ink by either the President, Vice President, Secretary, Assistant Secretary, Treasurer, Receiver or Trustee

[redacted]

**FILED**
AUG 25 2005
By AMF
75294

[redacted]

*File Date* ______

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

*Signature of Officer* [signature] *Date* 8/25/05

[redacted]

[redacted]

*Check No.* ______________________

*By:* ______________________

FOR SECRETARY OF STATE USE ONLY

JUAN LUIS TAVERO

*Print or Type Name of Officer*

PRESIDENT

*Title of Officer*