UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TROPICAL BANANA CO., INC.

Plaintiff

vs. C.A.# 04-395T

JUAN'S DOMINICAN MARKET , INC., et al

Defendants

CERTIFICATION IN SUPPORT OF MOTION
FOR ASSESSMENT OF DAMAGES AND ENTRY OF JUDGMENT

I, Andrew M. Osborne, first being duly sworn, depose and say: I am an attorney of record for the Plaintiff, Tropical Banana Co., Inc. in the above-entitled cause, and, as such, have knowledge of the facts hereinafter set forth. Pursuant to LR cv 55, I hereby certify as follows:

1. That, to the best of my knowledge and belief, the Defendants, Juan's Dominican Market, Inc., , Juan L. Tavera and Juan Vasquez were not at the time of the commencement of this action, nor are any of said Defendants now, a person or persons in the military service of the United States of America as that term is defined by the Soldiers' and Sailors' Civil Relief Act of 1940, nor are any of said Defendants an infant or an incompetent.

2. Juan's Dominican Market, Inc., , Juan L. Tavera and Juan Vasquez were given notice of the Motion for Assessment of Damages and Entry of Judgment by first class and certified mail, as appears from the Certificate of Service and copy of the return receipt attached hereto.

3. Notice of the motion was given to the party against whom a default or default judgment is sought by both regular mail and by certified or registered mail, postage prepaid, return receipt requested on May 17, 2006. A copy of the return receipts are appended to this certification. To the best of the Movants' knowledge, the addresses set forth in such certifications are the last known address of each party.

4. That this action was commenced to recover the sum of Sixteen Thousand, Seven Hundred Eighty-two and 03/100 ($16,782.03) Dollars for damages sustained by the Plaintiff and for payment of goods sold and delivered by the Plaintiff to the Defendant, Juan's Dominican Market, Inc. at the instance and request for the Defendants and for which the Defendants are liable, together with interest, costs and attorney's fees.

5. That said claim against the Defendants is a just claim for which the Defendants have no known setoff or counterclaim. Following the preparation of the documents which form the basis of the motion, the Defendants have paid a total of $1,500.00, not reflected therein.

Andrew M. Osborne

Commonwealth of Massachusetts

Subscribed and sworn to before me, this 25th day of May 2006

Commission Expires:

NOTARY PUBLIC

BARBARA A. LINDSEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

CERTIFICATE OF SERVICE

I, Andrew M. Osborne, hereby certify that on the date set forth below I served the documents listed herein by mailing a copy of the same both certified mail, return receipt requested, and first class mail, postage prepaid to counsel of record and to all parties not represented by counsel as follows:

Juan's Dominican Market, Inc.
341 Lonsdale Ave.
Pawtucket, RI 02860

Juan Luis Tavera
27 Brockton St.
Providence, RI 02904

Juan Vasquez
341 Lonsdale Ave.
Pawtucket, RI 02860

1. Motion to Default Defendants, for Assessment of Damages and Entry of Judgment;
2. Memorandum of Damages;
3. Plaintiff's Memorandum in Support of Motion to Default Defendants, for Assessment of Damages and Entry of Judgment;
4. Affidavit of Peter Tasho;
5. Affidavit of Andrew M. Osborne;
6. Affidavit of Phillip M. Weinstein;
7. Affidvait of Dennis S. Baluch; and
8. Voluntary Dismissal as to Jose Hernandes;

Signed under the penalties of perjury.

May 17, 2006

Andrew M. Osborne

**_OSBORNE & FONTE_** *Counselors at Law*

Andrew M. Osborne
David J. Fonte

20 Eastbrook Road, Suite 304
Dedham, Massachusetts 02026
Telephone: 781-326-3875
Facsimile: 781-326-4113

May 17, 2006

Certified Mail Return Receipt
and First Class Mail

Juan L. Tavera
27 Brockton St.
Providence, RI 02904

Certified Mail Return Receipt #
7004 1160 0007 0453 8352

Juan Vasquez
341 Lonsdale Ave.
Pawtucket, RI 02860

Certified Mail Return Receipt #
7004 1160 0007 0453 8369

Juan's Dominican Market, Inc.
d/b/a Dominican Supermarket
341 Lonsdale Ave.
Pawtucket, RI 02860

Certified Mail Return Receipt #
7004 1160 0007 0453 8376

Re: Tropical Banana Company, Inc.
Vs. Juan's Dominican Market, Inc.
d/b/a Dominican Supermarket,
Juan L. Tavera, Juan Vasquez
and Jose Hernandez
<u>USDC of RI # 05-341-T</u>

Dear Sir/Madam:

Enclosed please find the following documents:

1. Affidavit of Philip M. Weinstein;
2. Affidavit of Dennis S. Baluch;
3. Affidavit of Andrew M. Osborne;
4. Affidavit of Peter Tasho;
5. Plaintiff's Motion to Default Defendants, for Assessment of Damages and Entry of Judgment;
6. Plaintiff's Memorandum in Support of Motion for Assessment of Damages and Entry of Judgment;
7. Memorandum of Damages; and
8. Voluntary Dismissal as to Jose Hernandes.

Very truly yours,

Andrew M. Osborne

AMO/emb
Enclosures

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.20 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.45 |

Postmark Here

Sent To: Juan Tavera
Street, Apt. No.; or PO Box No.: 27 Brockton St.
City, State, ZIP+4: Providence RI 02904

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Juan Vasquez
341 Lonsdale Ave.
Pawtucket, RI 02860

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPS PAWTUCKET, RI MAY 22 2006

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004 Domestic Return Receipt 102595-0

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.20 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.45 |

Postmark Here

Sent To: Juan's Dominican Supermarket
Street, Apt. No.; or PO Box No.: 341 Lonsdale Ave
City, State, ZIP+4: Pawtucket RI

PS Form 3800, June 2002 See Reverse for Instructions

7004 1160 0007 0453 8376

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Juan's Dominican Market, Inc.
dba Dominican Supermarket
341 Lonsdale Ave.
Pawtucket, RI 02860

COMPLETE THIS SECTION ON DELIVERY

A. Signature X
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1?
If YES, enter delivery address below:

USPS MAY 23 2006 RI 02860

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐

Article Number (Transfer from service label)

PS Form 3811, February 2004 Domestic Return Receipt 10259

7004 1160 0007 0453 8369

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.20 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.45 |

Postmark Here

Sent To: Juan Vasquez
Street, Apt. No.; or PO Box No.: 341 Lonsdale Ave
City, State, ZIP+4: Pawtucket RI 02860

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Juan L. Tavera
27 Brockton St.
Providence, RI 02904

COMPLETE THIS SECTION ON DELIVERY

A. Signature X Juan Luis [signature]
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1?
If YES, enter delivery address below:

USPS 2006

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label)

PS Form 3811, February 2004 Domestic Return Receipt 102