UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 05-342-T

TROPICAL BANANA COMPANY, INC.,

Plaintiffs

vs.

JUAN'S DOMINICAN MARKET, INC.
D/B/A DOMINICAN SUPERMARKET,
JUAN L. TAVERA, JUAN VASQUEZ
AND JOSE HERNANDEZ,

Defendants

AFFIDAVIT OF ANDREW M. OSBORNE

I, Andrew M. Osborne, being first duly sworn depose and state, that I am the attorney of record for the within named Plaintiff and make the statements set forth herein upon personal knowledge.

I have been a member of the bar for more than twenty-eight years and have substantial experience with issues such as those which are involved in this action. I regularly practice in the Massachusetts State and Federal courts. A majority of the cases which I litigate involve a variety of commercial disputes and collection actions for vendors of different commodities and services.

My office is located in Norfolk County, within a mile of the City of Boston. While most clients have a residence or place of business in eastern Massachusetts, many are located out of state.

I have represented clients in the business of distributing perishable agricultural commodities

at wholesale since my admission to the bar. Since that time, I have received numerous claims for the collection of amounts due for the sale of produce, including dozens arising under the Perishable Agricultural Commodities Act. I have appeared as counsel for many of the businesses in and around the New England Produce Center in Chelsea, Massachusetts, including the Plaintiffs, in actions in the United States District Courts for the Districts of Massachusetts, Maine, New Hampshire and Rhode Island. Tropical Banana Co., Inc. has been a client for many years.

The claims of the Plaintiff in the action were sent to me in the Spring of 2005 As is customary, an investigation of the account debtor was begun. This investigation included, but was not limited to, the collection and review of publically available records pertaining to Juan's Dominican Market, Inc. and the persons deemed responsibly connected under the Perishable Agricultural Commodities Act ("PACA"). I am informed by the United States Department of Agriculture that no PACA licensed has been issued to Juan's Dominican Market, Inc.

As a result of having pursued a similar claim against an apparently related entity, I was contacted by Rhode Island counsel seeking to work out an informal resolution on behalf of Juan's Dominican Market, Inc. Documents, including all the disputed invoices, all the unpaid invoices and pertinent tickets, were exchanged in order to resolve any dispute about the account balance. Following a series of communications, I believe that we were successful in eliminating any issue as to the appropriate amount due from Juan's Dominican Market, Inc. to Tropical Banana Co., Inc. However, payment was not forthcoming. Local counsel, Philip M. Weinstein was then retained and suit commenced for the corrected account balance.

Service of process was effected upon Juan's Dominican Market, Inc. through its agent. New Rhode Island counsel for Juan's Dominican Market, Inc. then contacted me and we sought over the course of months to find a payment mechanism acceptable to Plaintiff and feasible for defendants. This attorney then withdrew from any participation in the case. We then discovered an change in the identity of the corporate officers and amended the complaint to so reflect. Service was then completed as to two of the three individual defendants.

During the last two months of 2005, I had discussions directly with the defendants and non-attorney representatives. In late December 2005, the defendants initial counsel once again sought to work out a payment arrangement. It appears that the Defendants are unwilling to enter into a written agreement and have not retained counsel willing to enter an appearance on their behalf in this action.

It is my practice to make and keep a computerized record of time and expenses. Individual entries are recorded contemporaneously with the rendering of the service or making the expenditure. The actual hourly rates charged for my services and those of my associates, for the period during which services were rendered are as follows:

| | |
|---|---|
| $275.00-325.00 | per hour for Andrew M. Osborne & Partners |
| $195.00-225.00 | per hour for David J. Fonte |
| $ 65.00- 75.00 | per hour for paralegals. |

These rates are generally lower than those charged by counsel with offices in the City of Boston and are generally consistent with the rates of counsel in northern Norfolk County with like experience and tenure. Effective July 1, 2005, the hourly rates increased by $25.00.

Litigation and administrative proceedings under the Perishable Agricultural Commodities Act is a specialized area of practice with respect to which there are few counsel who have substantial expertise. I believe that I am among those counsel with the most experience in this area in eastern New England. In order to maintain a working knowledge of the state of the law in this area, it is necessary to keep abreast of decisions from throughout the Untied States. Thus, the hourly rate chargeable is matters such as these is at the top end of the scale as it exists from time to time. The fee agreement between counsel and the Plaintiffs in this action, as is the case with other claims of a similar nature, calls for payment on a contingent basis. This claim in this instance is small and must be considered in light of the fact that other substantially larger claims are handled on a similar basis. It was understood that the time and effort required of counsel in this case was likely to greatly disproportionate to the recovery and contingency, without the addition of an award of exemplary damages and attorneys fees by the Court. Nevertheless, the this case was accepted given the

longstanding attorney client relationship.

The services described herein and the costs and expenses set forth were actually rendered and advanced upon behalf of the Plaintiffs and were necessary and reasonable in the prosecution of Plaintiff's claims. The services rendered with regard to the above captioned matter have a fair value of $6,562.50 and costs of $531.30, exclusive of filing and sheriffs fees, as set forth on the itemized breakdown attached hereto as Exhibit "B". The total is $7,093.80

Signed under the penalties of perjury this 30th day of March 2006

Andrew M. Osborne BBO#380455
OSBORNE & FONTE
20 Eastbrook Rd., Suite 304
Dedham, MA 02026
(781) 326-9766

COMMONWEALTH OF MASSACHUSETTS

Norfolk, SS.

On this 30th day of March 2006, before me, the undersigned notary public, personally appeared Andrew M. Osborne, proved to me through satisfactory evidence of identification, which was a current Massachusetts Driver's License, to be the person whose name is signed on the preceeding attached document, and acknowledged to me that he/she signed it voluntarily for the stated purpose.

JAYNEE M. SMITH
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 4, 2008

Name
Notary Public

| | | | |
|---|---|---|---|
| Nickname | Tropical-DomSUPERMKT \| 15653 | | |
| Full Name | Mr. Jack Anastasi | | |
| Address | | | |
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | AK | | |
| Last bill | | | |
| Last charge | 4/30/2006 | | |
| Last payment | 12/31/2005 | Amount | $13.74 |

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/14/2005<br>52901 | AMO 300<br>PACA<br>Review documents from client reflecting account adjustments; memo to M.Finocchio | 300.00 | 0.75 | 225.00 | Billable |
| 5/5/2005<br>52563 | AMO 300<br>PACA<br>Telephone conference with M.Finoccio; Facsimile transmission to R.Ferrieri re: $703 | 300.00 | 0.25 | 75.00 | Billable |
| 5/9/2005<br>52601 | AMO 300<br>PACA<br>Telephone conference with R.Ferrieri re: balance due; Forward statement top him | 300.00 | 0.10 | 30.00 | Billable |
| 5/10/2005<br>52616 | AMO 300<br>PACA<br>Review Facsimile transmission from client; adjust account statement and forward to R.Ferrieri; draft agreement for judgment; Memo to client re: settlement terms | 300.00 | 1.25 | 375.00 | Billable |
| 5/20/2005<br>52757 | AMO 300<br>PACA<br>Memo to client re: claim documents | 300.00 | 0.20 | 60.00 | Billable |
| 5/26/2005<br>52801 | AMO 300<br>PACA<br>Telephone conference with R.Ferrieri re: status of adjustments and ownership | 300.00 | 0.10 | 30.00 | Billable |
| 6/10/2005<br>52999 | AMO 300<br>PACA<br>Review documents received from client, corrected statement and invoices; compare same to Supermarket list of invoices | 300.00 | 0.60 | 180.00 | Billable |

Tropical-DomSUPERMKT:Mr. Jack Anastasi (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/16/2005<br>52998 | AMO 300<br>PACA<br>Telephone conference with M.Finnoccio re: statements and invoices; Letter to R.Ferrieri with documents. | 300.00 | 0.30 | 90.00 | Billable |
| 7/11/2005<br>53187 | AMO 300<br>PACA<br>Call to R.Ferrieiri; Preparation of Motion for Admission Pro Haec Vice; Letter to P.Weinstein | 300.00 | 0.60 | 180.00 | Billable |
| 8/29/2005<br>53629 | AMO 300<br>PACA<br>Review letter from J. Tavera; Telephone conference with P.Weinstein re: service; Letter to J.Tavera with summonses, complaint, cover sheet, statement, tickets invoice and cover letter to Ferrieri | 300.00 | 0.50 | 150.00 | Billable |
| 9/1/2005<br>53660 | AMO 325<br>PACA<br>Telephone conferences with D.Bazar and P.Tasho re: settlement offer and proposed response | 325.00 | 0.30 | 97.50 | Billable |
| 9/2/2005<br>53673 | AMO 325<br>PACA<br>Telephone conference with D.Bazar with Tropical response to settlement offer | 325.00 | 0.10 | 32.50 | Billable |
| 9/23/2005<br>53875 | AMO 325<br>PACA<br>Telephone conference with D.Bazar re: response to demand | 325.00 | 0.10 | 32.50 | Billable |
| 10/5/2005<br>54020 | AMO 325<br>PACA<br>Call to David Bazar; Review records of RI SOS, amend complaint | 325.00 | 0.60 | 195.00 | Billable |
| 10/10/2005<br>54048 | AMO 325<br>PACA<br>Complete amended complaint; draft affidavit of service of process; Letter to P.Weinstein with amended complaint and requests for followup. | 325.00 | 0.70 | 227.50 | Billable |
| 11/1/2005<br>54735 | AMO 325<br>PACA<br>Telephone conference with Lisette Fuentes to convery terms of settlement acceptable to Tropical. | 325.00 | 0.25 | 81.25 | Billable |
| 11/7/2005<br>54384 | AMO 325<br>PACA<br>Draft Stipulation | 325.00 | 1.00 | 325.00 | Billable |

Tropical-DomSUPERMKT:Mr. Jack Anastasi (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/8/2005<br>54388 | AMO 325<br>PACA<br>Complete Stipulation; Telephone conference with D.Bazar; forward draft to him | 325.00 | 0.40 | 130.00 | Billable |
| 11/18/2005<br>54537 | AMO 325<br>PACA<br>Email to D.Bazar and review response; Letter to Defendants | 325.00 | 0.50 | 162.50 | Billable |
| 11/28/2005<br>54600 | AMO 325<br>PACA<br>memo to paralegal re: inquiry to armed services for default purposes | 325.00 | 0.20 | 65.00 | Billable |
| 12/5/2005<br>54682 | AMO 325<br>PACA<br>Telephone conference with Lisette Fuentes re: settlement terms and need for counsel | 325.00 | 0.30 | 97.50 | Billable |
| 12/6/2005<br>54701 | AMO 325<br>PACA<br>Telephone conferences with Lisette Fuentes re: settlement terms; Memo to client | 325.00 | 0.50 | 162.50 | Billable |
| 12/14/2005<br>54782 | AMO 325<br>PACA<br>Telephone conference with L.Fuentes; Letter to M.Vasquez with settlement documents | 325.00 | 0.30 | 97.50 | Billable |
| 12/29/2005<br>54895 | AMO 325<br>PACA<br>Telephone conference with R.Ferrieri; Memo to client with settlement offer | 325.00 | 0.25 | 81.25 | Billable |
| 1/18/2006<br>55035 | AMO 325<br>PACA<br>Telephone conferences with P.Tasho and R.Ferrieri re:settlement terms | 325.00 | 0.25 | 81.25 | Billable |
| 2/13/2006<br>55273 | AMO 325<br>PACA<br>Telephone conference with R.Ferrieri re: settlement documents; Update same; Letter to M.Vasquez | 325.00 | 0.40 | 130.00 | Billable |
| 2/21/2006<br>55342 | AMO 325<br>PACA<br>Call to L.Fuentes | 325.00 | 0.10 | 32.50 | Billable |

Tropical-DomSUPERMKT:Mr. Jack Anastasi (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/9/2006<br>55554 | AMO 325<br>PACA<br>Begin Preparation of Assessment pleadings | 325.00 | 1.50 | 487.50 | Billable |
| 3/10/2006<br>55560 | AMO 325<br>PACA<br>Draft Tasho Affidavit and forward to client, calculate interest charges and draft AMO affidavit | 325.00 | 2.50 | 812.50 | Billable |
| 3/16/2006<br>55637 | AMO 325<br>PACA<br>Telephone conference with P.Tasho re: content of Affidavit, revise same and forward for signature; complete draft brief and other documents for motion for default/assessment | 325.00 | 2.60 | 845.00 | Billable |
| 3/29/2006<br>55793 | AMO 325<br>PACA<br>Telephone conference with P.Weinstein; Letter to D.Baluch | 325.00 | 0.30 | 97.50 | Billable |
| 3/30/2006<br>55794 | AMO 325<br>PACA<br>Letter to Defendant with assessment documentx | 325.00 | 0.25 | 81.25 | Billable |
| 4/30/2006<br>55795 | AMO 325<br>PACA<br>Attend Assessment hearing-estimated | 325.00 | 2.50 | 812.50 | Billable |
| TOTAL | Billable Fees | | 20.55 | | $6,562.50 |

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 6/17/2005<br>53346 | AMO 300<br>Postage/Messen<br>Federal Express to Atty Ferrieri | 15.05 | 1.000 | 15.05 | Billable |
| 7/15/2005<br>54040 | AMO 325<br>Costs Advanced<br>Costs advance to co-counsel | 400.00 | 1.000 | 400.00 | Billable |
| 8/30/2005<br>53646 | AMO 300<br>Postage/Messen<br>Letter to defendants via certified mail.<br>Custom Text:25690 | 8.00 | 1.000 | 8.00 | Billable |

Tropical-DomSUPERMKT:Mr. Jack Anastasi (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/15/2005<br>54932 | AMO 325<br>Postage/Messen<br>Federal Express to Manuel Vasquez | 13.74 | 1.000 | 13.74 | Billable |
| 3/30/2006<br>55779 | AMO 325<br>Photocopies<br>Photocopies | 0.20 | 150.000 | 30.00 | Billable |
| 3/30/2006<br>55780 | AMO 325<br>Postage/Messen<br>Certified Mail | 7.52 | 3.000 | 22.56 | Billable |
| 4/30/2006<br>55796 | AMO 325<br>Mileage<br>Mileage to Providence | 0.485 | 70.000 | 33.95 | Billable |
| 4/30/2006<br>55797 | AMO 325<br>Parking<br>Parking | 8.00 | 1.000 | 8.00 | Billable |
| TOTAL | Billable Costs | | | | $531.30 |

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $6,562.50 | |
| Total of Fees (Time Charges) | | $6,562.50 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips | $531.30 | |
| Total of Costs (Expense Charges) | | $531.30 |
| Total new charges | | $7,093.80 |

Accounts Receivables

| Date\|ID | Type | Description | Amount |
|---|---|---|---|
| 7/15/2005<br>7677 | PAY | PFA-DomSuper cost adv to co-counsel | ($400.00) |

Tropical-DomSUPERMKT:Mr. Jack Anastasi (continued)

| | | | Amount | Total |
|---|---|---|---|---|
| 9/30/2005 7795 | PAY | PFA-Supermkt FedEx & Cert | ($23.05) | |
| 12/31/2005 8047 | PAY | PFA-DomSuper twd costs | ($13.74) | |
| Total Accounts Receivable | | | | ($436.79) |
| New Balance | | | | |
| Current | | | $7,093.80 | |
| Unapplied | | | ($436.79) | |
| Total New Balance | | | | $6,657.01 |

Funds Account: Default

| Date\|ID | Type | Description | | |
|---|---|---|---|---|
| 5/20/2005 15342 | PAYT | PTA-DomSUPER. Check No. 14789 | $450.00 | |
| 7/15/2005 15613 | PAYF | PFA-DomSuper cost adv to co-counsel | ($400.00) | |
| 9/30/2005 15846 | PAYF | PFA-Supermkt FedEx & Cert | ($23.05) | |
| 12/31/2005 16244 | PAYF | PFA-DomSuper twd costs | ($13.74) | |
| 2/10/2006 16307 | DEP | DTA-DomSUPER. Check No. 216 | $2,000.00 | |
| 3/10/2006 16450 | WITH | WFA-Dom SUPER | ($1,500.00) | |
| 3/10/2006 16451 | WITH | WFA-Dom SUPER AMO | ($500.00) | |
| 3/17/2006 16455 | DEP | DTA-DomSUPER. Check No. 284 | $500.00 | |
| Total added to account | | | $2,950.00 | |
| Total removed from account | | | ($2,436.79) | |
| New account balance | | | | $513.21 |