UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 05-342T

| | |
|---|---|
| **TROPICAL BANANA COMPANY, INC.,** | * |
| **Plaintiffs** | * |
| **Vs.** | * |
| **JUAN'S DOMINICAN MARKET, INC.** | * |
| **D/B/A DOMINICAN SUPERMARKET,** | * |
| **JUAN L. TAVERA, JOSE HERNANDEZ,** | * |
| **AND JUAN [illegible] VASQUEZ** | * |
| **Defendants** | * |

## AFFIDAVIT FOR ATTORNEY FEES

I am attorney licensed to practice in the State of Rhode Island and together with Co-Counsel, Andrew Osborne, of Dedham, Massachusetts, I have been representing the Plaintiff in the above-referenced matter.

To date, I have spent a total of two hours, including review and signing of Complaint, conferences with Attorney Osborne, drafting and forwarding of correspondence, preparation of Summons for service, preparation and filing of Motion for Pro Hac Vice.

My fair hourly rate is $250.00. I request a fee of $500.00.

Philip M. Weinstein, Esq. (#0395)
One Providence Washington Plaza
Providence, RI 02903
(401) 521-3500
(401) 331-9267 (fax)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me this 14th day of March, 2006.

Linda E. Harr
Notary Public LINDA E. HARR
My Commission Expires: 4.14.09