UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 05-342-T

TROPICAL BANANA COMPANY, INC.,

Plaintiffs

vs.

JUAN'S DOMINICAN MARKET, INC.
D/B/A DOMINICAN SUPERMARKET,
JUAN L. TAVERA, JUAN VASQUEZ
AND JOSE HERNANDEZ,

Defendants

AFFIDAVIT OF DENNIS S. BALUCH

Dennis S. Baluch, being first duly sworn deposes and states, that I am the attorney license to practice law by the State of Rhode Island and make the statements set forth herein upon personal knowledge.

I have been a member of the bar for more than thirty-two years. I have substantial litigation experience with business issues in the Rhode Island State and Federal courts.

I believe that proceedings under the Perishable Agricultural Commodities Act are a specialized area of practice with respect to which there are few counsel who have substantial expertise. I am not

aware of any other attorney in Rhode Island who practice in this area. However, I am familiar with litigation practice involving commercial disputes and the fees charged by counsel of like tenure and experience.

I have reviewed the Affidavit of Andrew M. Osborne dated March 30, 2006 and the Affidavit of Philip M. Weinstein, current president of the Rhode Island Bar Association, dated March 14, 2006 along with the Amended Complaint and the proposed agreement. The fees charged by Attorneys Osborne and Weinstein are consistent with those charged by counsel in and around the City of Providence in commercial litigation. The time expended appears to be reasonable in light of the number of parties, the complexity of the issues and the effort in dealing with counsel and pro se parties in connection with the settlement discussions.

Signed under the penalties of perjury this 3rd day of April 2006

Dennis S. Baluch R.I. Bar No. 0947

STATE OF RHODE ISLAND

Providence, SS.

On this 3rd day of April, 2006, before me, the undersigned notary public, personally appeared Dennis S. Baluch and acknowledged to me that he signed it voluntarily for the stated purpose.

Name
Notary Public

My commission expires: 11/3/09