UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 05-342-T

**************************************************

TROPICAL BANANA COMPANY, INC.,

Plaintiffs

vs.

JUAN'S DOMINICAN MARKET, INC.
D/B/A DOMINICAN SUPERMARKET,
JUAN L. TAVERA, JUAN VASQUEZ
AND JOSE HERNANDEZ,

Defendants

**************************************************

PLAINTIFF'S MOTION TO DEFAULT DEFENDANTS,
FOR ASSESSMENT OF DAMAGES
AND ENTRY JUDGMENT

Now comes the Plaintiff and moves that this Court default the Defendants, assess damages and enter judgment against the the Defendants, in accordance with the attached Memorandum of Damages and Affidavits of the Plaintiff. Plaintiff further requests that an award of attorneys fees be made based upon the record before the Court. Plaintiffs submit a Memorandum is support of this Motion and the Affidavits of Andrew M. Osborne, Philip M. Weinstein and Dennis Baluch in support of the request for attorneys fees.

Plaintiff requests an oral argument. The estimated time is 15-30 minutes.

TROPICAL BANANA CO., INC.
By their Attorneys

Philip M. Weinstein, Esq.
Law Office of Philip Weinstein
1 Providence Washington Plaza
5th Floor
Providence, RI 02903

OSBORNE & FONTE,

Andrew M. Osborne
20 Eastbrook Rd., Suite 304
Dedham, MA 02026
(781) 326-9766
BBO# 380455

DEFAULT HEREBY ENTERED:

DEPUTY CLERK
July 26, 2006