UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

TROPICAL BANANA COMPANY, INC.

v. CA No. 05-342-T

JUAN'S DOMINICAN MARKET,
INC., JUAN L. TAVERA AND
JUAN VASQUEZ

**ORDER GRANTING MOTION TO**
**DEFAULT DEFENDANTS AND ENTRY OF JUDGMENT**

Plaintiff's Motion to Default Defendants, for Assessment of Damages and Entry of Judgment (Document #11) is hereby GRANTED and final judgment shall enter in favor of plaintiff jointly and severally against defendants Juan's Dominican Market, Inc., Juan L. Tavera and Juan Vasquez, in the total amount of $26,599.17 (consisting of $16,782.03 principal due, $3,134.59 accrued interest and $6,682.55 attorneys' fees).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Oct. 6, 2006