**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TROPICAL BANANA COMPANY, INC.,
Plaintiffs

vs. C.A. No. 05-342T

JUAN'S DOMINICAN MARKET, INC.,
JUAN L. TAVERA AND JUAN VASQUEZ,
Defendants

# JUDGMENT

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to Order granting entry of Judgment by Default entered by the Court on October 11th, 2006, judgment hereby enters in favor of the plaintiff Tropical Banana Company, Inc. jointly and severally against defendants Juan's Dominican Market, Inc., Juan L. Tavera and Juan Vasquez, in the total amount of $26,599.17, consisting of $16,782.03 principal due, $3,134.59 accrued interest and $6,682.55 attorney's fees.

Enter:

Deputy Clerk

Dated: October 11th, 2006